IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA



FILED
JUN 16 2020
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 20-cr-*10032* |
| JEFFREY COLTON, | ) | VIO: 18 U.S.C. §§ 2251(a) and (e); 2422(b); and 2253. |
| Defendant. | ) | |

## COUNT ONE
(Attempt Production of Child Pornography)

On or about March 25, 2020, in the Central District of Illinois, the defendant,

**JEFFREY COLTON,**

attempted to employ, use, persuade, induce, entice, and coerce MINOR GIRL 1, a person the defendant believed to be a minor, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct and he knew and had reason to know that the visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and mailed, and that visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by

1

any means, and that visual depiction has been transported and transmitted using any means and facility of interstate commerce and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT TWO
(Attempted Enticement of a Minor)

From on or about March 20, 2020 through on or about March 26, 2020, in Peoria County, and elsewhere in the Central District of Illinois, the defendant,

**JEFFREY COLTON,**

using facilities of interstate commerce, that is his Samsung Galaxy S9 cell phone, connected to the Internet, did knowingly attempt to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, to engage in prostitution and any sexual activity for which any person can be charged with a criminal offense.

All in violation of Title 18, United States Code, Section 2422(b).

## FORFEITURE NOTICE

1. The charges contained in the Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 18, United States Code, Section 2253.

2. For his engagement in the violation alleged in the Indictment the

defendant,

## JEFFREY COLTON,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all interest in:

    a. Any visual depictions and other matter containing such visual depictions which were produced, transported, mailed, shipped, received, and possessed as alleged in the Indictment;

    b. Any property, real and personal, constituting and traceable to gross profits and other proceeds obtained from the offenses alleged in the Indictment; and

    c. Any property, real and personal, used and intended to be used to commit and promote the commission of the offenses alleged in the Indictment.

3. The property referenced in paragraph 2, subparagraphs a, b, and c above includes, but is not limited to, video recorders and accessories, cameras, computer hardware, such as monitors, central processing units, keyboards, computer programs, software, computer storage devices, such as disk drive units, disks, tapes, hard disk drives/units, peripherals, modems and other telephonic and acoustical equipment, printers, contents of memory data contained in and through the aforementioned hardware and software, tools,

equipment, manuals and documentation for the assembly and use of the aforementioned hardware and software, including the specific equipment listed:

- Samsung Galaxy S9 Cell Phone, model #SM-G965U.

All pursuant to Title 18, United States Code, Section 2253.

A TRUE BILL,

s/FOREPERSON

FOREPERSON

s/Paul B Morris

**JOHN C. MILHISER**
UNITED STATES ATTORNEY

PBM