## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 20-cr-10032 |
| ) | |
| JEFFREY COLTON, ) | |
| ) | |
| Defendant. ) | |

## FINAL ORDER OF FORFEITURE

THIS MATTER is before the Court on the Government's Motion for Entry of a Final Order of Forfeiture. The Court finds as follows:

1. On February 16, 2021, this Court entered a Preliminary Order of Forfeiture and Seizure pursuant to 18 U.S.C. § 2253, incorporating by reference the provisions of Rule 32.2 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 2428, based upon the Defendant Jeffrey Colton's guilty plea and consent to the forfeiture allegation in the Indictment;

2. Commencing on February 17, 2021, and continuing for thirty days thereafter, the United States posted on an official government internet site (www.forfeiture.gov) notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property; and

3. This Court has been advised that no petitions or claims have been filed.

ACCORDINGLY, the Government's Motion for a Final Order of Forfeiture is GRANTED and IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

A.    All right, title, and interest in and to one (1) Samsung Galaxy S9 Cell Phone, model #SM-G965U, is hereby forfeited to the United States.

B.    The United States, or its agents or representatives, is hereby authorized to dispose of said property in accordance with law.

ENTER:   April 19  , 2021.

                    s/ James E. Shadid
                    JAMES E. SHADID
                    UNITED STATES DISTRICT JUDGE